UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF
AMERICA, et al.,                                   Case No. 2:11-cv-11940

       Plaintiffs,                             HONORABLE STEPHEN J. MURPHY, III

*ex rel.* AZAM RAHIMI,

       Plaintiff/Relator

v.

RITE AID CORPORATION,

       Defendant.
_____/

**STIPULATED ORDER EXTENDING DATES**

The matter being brought before the Court on stipulation of the parties:

**WHEREFORE**, it is hereby **ORDERED** that Relator's deadline to Respond to Defendant's motion to dismiss [104] is **EXTENDED** until **September 11, 2019**.

**IT IS FURTHER ORDERED** that Defendant's deadline to reply is **EXTENDED** until **October 9, 2019**.

**SO ORDERED**.

                                                                        s/ Stephen J. Murphy, III
                                                                        STEPHEN J. MURPHY, III
                                                                        United States District Judge

Dated: August 15, 2019

2

## STIPULATION

NOW COME the parties hereto, by and through their respective counsel, and hereby stipulate to extend certain deadlines relating to Defendant's Motion to Dismiss as follows:

- Plaintiff-Relator's Response to Motion to Dismiss Due: September 11, 2019
- Defendant's Reply to Motion to Dismiss Due: October 9, 2019

/s/ *Arun Subramanian*
William Christopher Carmody
Arun Subramanian
Cory Buland
Halley W. Josephs
Bill O'Connell
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
cbuland@susmangodfrey.com
hjosephs@susmangodfrey.com
boconnell@susmangodfrey.com

Shelley R. Slade
VOGEL, SLADE & GOLDSTEIN, LLP
1300 Connecticut Ave., N.W., Suite 701
Washington, D.C. 20009
Tel.: 202-537-5903
sslade@vsg-law.com

Thomas Van Dusen
Michael G. Costello
BODMAN PLC
201 West Big Beaver Rd, Suite 500
Troy, MI 48084
Tel.: 248-743-6076
TVanDusen@bodmanlaw.com
MCostello@bodmanlaw.com

*Attorneys for Plaintiff-Relator*
*Azam Rahimi*

Dated: August 13, 2019
*/s/ Kevin J. Biron*
Thomas G. McNeill (P36895)
Robert P. Zora (P74231)
DICKINSON WRIGHT, PLLC
500 Woodward Avenue, Ste. 4000
Detroit, MI 48226
Telephone: (313) 223-3632
TMcNeill@dickinsonwright.com
RZora@dickinsonwright.com

Eric W. Sitarchuk
Kelly A. Moore
Kevin J. Biron
John K. Gisleson
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Eric.Sitarchuk@morganlewis.com
Kelly.Moore@morganlewis.com
Ari.Selman@morganlewis.com

*Attorneys for Defendant*
*Rite Aid Corporation*