UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF
AMERICA, et al.

        Plaintiffs,

*ex rel.* AZAM RAHIMI,

        Plaintiff/Relator,

v.

RITE AID CORPORATION,

        Defendant.
_____/

Case No. 2:11-cv-11940

HONORABLE STEPHEN J. MURPHY, III

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated December 12, 2019, the case is partially dismissed, and, for the remaining claims, judgment entered in favor of Defendant, as described in the order.

DAVID J. WEAVER
CLERK OF THE COURT

Dated: December 12, 2019

BY: s/ D. Parker
Deputy Clerk

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 12, 2019, by electronic and/or ordinary mail.

        s/ David P. Parker
        Case Manager