### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES ex rel. AZAM RAHIMI, et al. ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. : |
| ) | 2:11-cv-11940- SJM-MAR |
| v. ) | |
| ) | |
| ) | |
| RITE AID CORPORATION, ) | Hon. Stephen J. Murphy III |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Relator Azam Rahimi appeals to the United States Court of Appeals for the Sixth Circuit from the district court's April 7, 2020 Order Denying Relator's Motion for Reconsideration (ECF No. 126). On January 9, 2020, Relator appealed to the United States Court of Appeals for the Sixth Circuit from the district court's December 12, 2019 Order Granting Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Judgment on the Pleadings and Finding Moot Relator's Motion to Authorize Sealing of Relator's Motion to Compel (ECF No. 120), and the Court's December 12, 2019 Judgment in favor of Defendant Rite Aid Corporation (ECF No. 121). *See* Notice of Appeal, ECF No. 123. The appeal, assigned No. 20-1063 in the Sixth Circuit, was held in abeyance pending the district court's decision on Relator's Motion for Reconsideration (6th Cir. Case No. 20-1063, ECF No. 3).

Relator respectfully asks the clerk to provide the notice required by Rule 3(d) to the clerk of the court of appeals, and each party's counsel of record.

Dated: April 15, 2020                          Respectfully submitted,

/s/ Arun Subramanian
Shelley R. Slade
VOGEL, SLADE & GOLDSTEIN, LLP
1300 Connecticut Ave., N.W., Suite 701
Washington, D.C. 20009
Tel.: 202-537-5903
sslade@vsg-law.com

Robert L. Vogel
VOGEL, SLADE & GOLDSTEIN, LLP
1300 Connecticut Ave., N.W., Suite 701
Washington, D.C. 20009
Tel.: 202-537-5904
rvogel@vsg-law.com

Thomas Van Dusen
Michael G. Costello
Bodman PLC
201 West Big Beaver Rd, Suite 500
Troy, MI 48084
Tel.: 248-743-6076
TVanDusen@bodmanlaw.com
mcostello@bodmanlaw.com

William Christopher Carmody
Arun Subramanian
Halley W. Josephs
Cory S. Buland
William D. O'Connell
Hannah C. Waite
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
hjosephs@susmangodfrey.com
cbuland@susmangodfrey.com
boconnell@susmangodfrey.com
hwaite@susmangodfrey.com

*Attorneys for Azam Rahimi*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2020, I caused the aforesaid Notice of Appeal to be served by filing it in the ECF system.

*/s/ Arun Subramanian*
Arun Subramanian